920

No. 136.  UNITED STATES *v.* KASINOWITZ ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States.  *John T. McTernan* for respondents.

No. 286.  POTTER, U. S. ATTORNEY, ET AL. *v.* ESTES. C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE CLARK took no part in the consideration or decision of this application.  *Solicitor General Perlman* for petitioners.

No. 389.  WILCOX *v.* WOODS, HOUSING EXPEDITER. C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Perlman* for respondent.

No. 394.  MILLER *v.* KOSLING.  Supreme Court of Ohio.  Certiorari denied.

No. 422.  CAVU CLOTHES, INC. ET AL. *v.* SQUIRES, INC. C. A. 6th Cir.  Certiorari denied.  *Robert S. Marx, Frank Zugelter* and *Gerald B. Tjoflat* for petitioners.  *Warren C. Horton* for respondent.

No. 428.  SUNBEAM CORPORATION *v.* SUNBEAM LIGHTING CO. ET AL.  C. A. 9th Cir.  Certiorari denied.  *William T. Woodson* and *Beverly W. Pattishall* for petitioner. *Collins Mason* for respondents.

No. 467.  STEBCO INCORPORATED *v.* GILLMOUTHE, SHERIFF.  Supreme Court of Oregon.  Certiorari denied. *Charles A. Hart, Hugh L. Biggs* and *Cleveland C. Cory*